**Order Filed August 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00869CV

### MARK JOSLIN, Appellant

### V.

### ELAD BANAI AND ISAAC BANAI, Appellees

**On Appeal from County Court at Law Number 6
Collin County, Texas
Trial Court Cause No. 006-02799-2015**

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Stoddart

By letter dated August 11, 2016, Collin County Clerk Stacey Kemp informs us appellant has not paid the clerk's fee, and she requests an extension of time to file the record. We **GRANT** the request to the extent that we **ORDER** appellant to file, no later than August 22, 2016, written documentation that he has paid, or made arrangements to pay, the clerk's fee or he is entitled to proceed in this appeal without pre-payment of costs. *See* TEX. R. APP. P. 35.3(a). Appellant is cautioned that failure to comply may result in dismissal of the appeal without further notice. *See id.* 37.3(b).

/s/ ELIZABETH LANG-MIERS
    JUSTICE